# Proof of Service
## 2:11-CV-04980

I declare under penalty of perjury that on FEBRUARY 03, 2012 at 3:55 PM I served the SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT on ELENA ROMM-TABAKOV at C/O MARK ROMM, 605 WOODLAND COURT, RIVER VALE, NJ by (2):

(1) personally delivering a copy of each to _____ at _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with MRS. ROMM, (MOTHER) who resides there and is of suitable age or discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify)

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: FEBRUARY 06, 2012

_____
Server's signature

DEBRA CALLAHAN, Process Server
50 Main St., PO Box 632
Hackensack, NJ 07601