# ATTORNEY AFFIRMATION OF SERVICE

**Re:** HONDA CANADA, INC. a Canadian corp. and
HONDA CANADA FINANCE INC., a Canadian corp. v. VIJAY GERA, et al.
**CV No.:** 11-4980

STATE OF NEW YORK  )
                                     ) ss.:
COUNTY OF NASSAU  )

NATHAN D. DeCORPO, ESQ., an attorney duly licensed and admitted to the practice of law in the Eastern District of New York, being duly sworn and under penalties of perjury, states:

1. I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

2. On February 16, 2012, I served the within: **Answer and Cross-Claims**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:
Brad Teplitsky LLM
Teplitskys Barristers & Solicitors
70 Bond Street, #200
Toronto, Ontario M5B 1X3

Attorneys for Amir Mizrahi

_____
NATHAN D. DeCORPO