FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 27 2012 ★

LONG ISLAND OFFICE

**ELENA ROMM TABAKOV**
605 WOODLAND COURT
RIVERVALE, NJ 07675

February 22, 2012

United States District Court
Eastern District of New York
Office of the Clerk
100 Federal Plaza
Central Islip, NY 11722
**ATTN: CATHY VUKOVICH**

RE: Civil Action No. 2:11-CV-4980-LDW-WDW
Honda Canada Inc. et al. v. Gera et al

Dear Ms. Vukovich:

As you are probably aware I, Elena Romm Tabakov, applied for free counsel on February 7, 2012. I have not yet received an answer from the Federal Court in Central Islip. The deadline for my response regarding the above mentioned Civil Action Suit is quickly approaching. I have no choice but to take the advice of the extremely helpful Clerk in the Brooklyn Pro Se Writ Clerk's Office and respond to the lawsuit following his instructions (without counsel).

Enclosed please find the original response to the Civil Action Lawsuit as well as a copy for Senior Judge Leonard D. Wexler and Magistrate Judge William D. Wall. As well, I am mailing a copy to each of Honda's attorneys in Utah. Thank you.

Very truly yours,

Elena Romm Tabakov



United States District Court
Eastern District of New York
Office of the Clerk
100 Federal Plaza
Central Islip, NY 11722
Attn: Cathy Vukovich

Elena Tabakov
605 Woodland Ct.
Rivervale, NJ 07675





RECEIVED
U.S. DISTRICT COURT E.D.N.Y.
LONG ISLAND OFFICE
FEB 27 2012
★ ENTERED ★