FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 27 2012   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HONDA CANADA, INC. ET AL.,
               Plaintiffs

V.

VIJAY GERA ET AL.,
               Defendants

DEFENDANT
ELENA ROMM TABAKOV'S
ANSWERS
2:11-CV-4980-LDW-WDW

I, defendant Elena Romm Tabakov hereby submit these answers in response to the summons and complaint that was served on February 2, 2012.

## ADMISSIONS AND DENIAL

1. I DISAGREE
2. I DISAGREE
3. I DO NOT KNOW
4. I DO NOT KNOW
5. I DO NOT KNOW
6. I AGREE
7. I AGREE
8. I DISAGREE
9. I AGREE
10. I DO NOT KNOW
11. I DO NOT KNOW
12. I DO NOT KNOW
13. I DISAGREE
14. I DO NOT KNOW
15. I DISAGREE
16. I DO NOT KNOW
17. I DISAGREE
18. I DO NOT KNOW

## COUNT I

19. I DISAGREE
20. I DO NOT KNOW
21. I DISAGREE
22. I DO KNOW
23. I DO NOT KNOW
24. I DISAGREE

RECEIVED

FEB 27 2012

EDNY PRO SE OFFICE

25. I DO NOT KNOW
26. I DO NOT UNDERSTAND

## COUNT II

27. I DISAGREE
28. I DO NOT KNOW
29. I DISAGREE
30. I DO NOT KNOW
31. I DO NOT UNDERSTAND

## COUNT III

32. I DISAGREE
33. I DO NOT KNOW
34. I DISAGREE
35. I DISAGREE
36. I DO NOT UNDERSTAND
37. I DO NOT UNDERSTAND

## COUNT IV

38. I DISAGREE
39. I DO NOT KNOW
40. I DISAGREE
41. I DISAGREE
42. I DO NOT KNOW
43. I DISAGREE
44. I DISAGREE

## COUNT V

45. I DISAGREE
46. I DISAGREE
47. I DO NOT KNOW
48. I DISAGREE
49. I DO NOT UNDERSTAND

## COUNT VI

50. I DO NOT KNOW
51. I DO NOT KNOW
52. I DO NOT KNOW
53. I DO NOT KNOW
54. I DO NOT KNOW

## COUNT VII

55. I DO NOT KNOW
56. I DO NOT KNOW
57. I DO NOT UNDERSTAND
58. I DO NOT KNOW
59. I DO NOT KNOW

*[signature]*

ELENA ROMM TABAKOV
605 Woodland Court
Rivervale, NJ 07675
(201) 930-0223
February 20, 2012

Cc: Gregory D. Phillips, Esq.
    Jacob R. Adams, Esq.